Law Offices

# FUSCO & MACALUSO, LLC

A Partnership of Professional Corporations

A.J. Fusco, Jr. ♦
Roy R. Macaluso † ♦
——————————
Walter M. Piccolo
Robert S. Maider ♦
Joseph Albano
Stephen G. Bollenbach
Alfred V. Gellene
Rafael A. Triunfel Jr.

P.O. Box 838 □ 150 Passaic Avenue
Passaic, New Jersey 07055

(973) 779-1163
Fax: (973) 779-5437

E-Mail: Info@fmnj-law.com

————————————

Website:  www.fuscoandmacaluso.com

————————————

New York Office
77 Baxter Street
New York, NY 10013
(212) 964-7650

Trenton Office
108 W. State Street
Trenton, NJ 08625
(609) 599-1222

Newark Office
51 Rector Street – Suite 205
Newark, NJ 07105
(973) 622-1699

♦ Member of NJ and NY Bar
† Member of NJ and DC Bar

May 1, 2012

**Via ECF & Fax to 718-613-2546**
Honorable Nicholas G. Garaufis, U.S.D.J.
United States District Court
Eastern District of New York
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

    Re.:    **United States v. Robert A. Fiorello**
            **Docket Number: 12-cr-00264**

Dear Judge Garaufis:

    Kindly enter my appearance as counsel of record for Mr. Robert A. Fiorello in the above captioned matter. Should you have any questions, please contact my office.

                        Very truly yours,
                        **FUSCO & MACALUSO, L.L.C.**

                        *Anthony J. Fusco, Jr.*

                        Anthony J. Fusco Jr., Esq.

AJF/eb